# SMILEY & SMILEY, LLP

### ATTORNEYS AT LAW

(212) 986-2022

28 Liberty Street  
6th Floor  
New York, New York 10005

WWW.SMILEYLAW.COM  
Fax: (212) 697-4689

March 31, 2025

Hon. Judge Katherine Polk Failla  
United States District Court  
Southern District of New York  
Thurgood Marshall  
United States Courthouse  
40 Foley Square  
New York, NY 10007



Re: Samantha Mariano v. Kingstone Insurance Company  
Civil Case #: 1:24-cv-09728-KPF

Dear Honorable Judge Failla:

This firm represents Plaintiff Samantha Mariano, referable to the above matter. Please allow this to serve as an application on consent for a brief adjournment of the Initial Conference scheduled for April 11, 2025 at 11 am before Your Honor.

The undersigned is attending an oral argument on one of our cases, at the Second Circuit Court of Appeals that day and no other attorneys from my firm can attend the conference.

The courtesy of a brief adjournment is appreciated.

Respectfully yours,

*Rosa M. Feeney*

ROSA M. FEENEY

cc: Todd McCauley, Esq.  
    McCauley Law Firm, PLLC  
    Via e-mail: tmccauley@mccauleylawfirm.com



Application GRANTED.  The conference currently scheduled for April 11, 2025, is hereby ADJOURNED to **April 17, 2025,** at **11:00 a.m.**  As before, the conference will take place via telephone.  The Clerk of Court is directed to terminate the pending motion at docket entry 17.

Dated:    April 1, 2025          SO ORDERED.
          New York, New York

                                 HON. KATHERINE POLK FAILLA
                                 UNITED STATES DISTRICT JUDGE